No. 77–5136.  CORBITT *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 77–5137.  RANSOM *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA.  C. A. 5th Cir.  Certiorari denied.

No. 77–5139.  PIERSON *v.* KANSAS.  Sup. Ct. Kan.  Certiorari denied.

No. 77–5144.  KROHN, AKA LEWANDOWSKI *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 77–5147.  VALERIO *v.* TEXAS.  Ct. Crim. App. Tex. Certiorari denied.

No. 77–5153.  HENDERSON *v.* MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 77–5154.  PRATT *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 77–5158.  MILLS *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 77–5160.  CARUSO *v.* EVANS, PENITENTIARY SUPERINTENDENT.  C. A. 10th Cir.  Certiorari denied.

No. 77–5162.  PETTY *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 77–5167.  DAVIS *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 77–5169.  AARON *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 77–5170.  NASIM *v.* MARYLAND.  Ct. Sp. App. Md. Certiorari denied.